UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                          CASE NO.  10-43875-BKC-
LAZARO MANUEL GARCIA

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

MAY 2 6 2011

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 3,180.23 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $ .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

     Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

     WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: _____MAY 2 5 2011_____                  _____
                                                                            NANCY N. HERKERT
                                                                            CHAPTER 13 TRUSTEE

Copies to:

LAZARO MANUEL GARCIA
711 SE 8 PL
HIALEAH, FL 33010-5619

ANTONIO SIRVEN, ESQUIRE
145 EAST 49 STREET
HIALEAH, FL 33013

CITIBANK, NA
%AHMSI
1525 S BELTLINE RD, STE 100 N
COPPELL, TX 75019

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                    CASE NO.   10-43875-BKC-
LAZARO MANUEL GARCIA


CHAPTER 13


LAZARO MANUEL GARCIA

711 SE 8 PL
HIALEAH, FL 33010-5619


ANTONIO SIRVEN, ESQUIRE
145 EAST 49 STREET
HIALEAH, FL 33013


CITIBANK, NA                      --------$      3,180.23
%AHMSI
1525 S BELTLINE RD, STE 100 N              RETURNED FROM CREDITOR
COPPELL, TX 75019                          BECAUSE CASE DISMISSED
                                           CLAIM REGISTER # 3-1
U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130